In the Matter of Supplementary Proceedings: Michael Klachko, Judgment Creditor, Respondent, v. Henri Fisson, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

M. William Bray, Respondent, v. Clyde Potts, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Tillie K. Feinstein, Julius Kaufman and Melvin Kaufman, Administrators of Michael Kaufman, Deceased, Appellants. Matthew Balich Corporation, Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

John Roth, Appellant, v. The Reichsbank, Sometimes Known, Referred to, and Designated as the " Reichsbank," and the " Reichsbank-Direktorium," Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Mohonk Realty Corporation v. Wise Shoe Stores, Inc.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, p. 64.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

The National City Bank of New York, as Trustee, v. Allegemeine Elektricitats-Gesellschaft (Otherwise Known as " General Electric Company, Germany ").— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 878.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Susan Crowe v. Blake Motor Lines, Inc., Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Dora Feldman, Individually, and as Administratrix, etc., of Sam Feldman, Deceased, v. Metropolitan Life Insurance Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Harry Leichtman v. American Home Products Corporation, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Josephine Parkas v. Peter Parkas.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 858.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.